UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DALE ALLEN HURICK, # 480810, | |
| Plaintiff, | Case No. 1:15-cv-140 |
| v. | Honorable Paul L. Maloney |
| KEN McKEE, et al., | |
| Defendants. | |

## JUDGMENT

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED THAT defendants' motion for summary judgment (ECF No. 16) is GRANTED and judgment is entered in defendants' favor on all plaintiff's federal claims.

The Court, in its discretion, declines to exercise supplemental jurisdiction over plaintiff's purported state law claims.


Dated:  March 24, 2017            /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge